# In the United States Court of Federal Claims

No. 05-965C
(Filed: December 1, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *

CEBE FARMS, INDIANA, and JOSEPH CEBE
*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

An order was issued on May 3, 2006, in which the Court stated that it would convene a status conference at the end of September 2006. In light of the plaintiffs' counsel's late production of initial disclosures the Court waited until the middle of October 2006 to attempt to schedule such a conference. Plaintiffs' counsel has been subsequently non-responsive to all attempts to contact him.

Counsel for plaintiffs is therefore directed to contact chambers immediately in order to schedule a status conference.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge