# In the United States Court of Federal Claims

No. 05-965C
(Filed: December 6, 2006)

********************************
CEBE FARMS, IND., and
JOSEPH CEBE,

*Plaintiffs*,
v.

UNITED STATES,

*Defendant*.
********************************

ORDER

A telephonic status conference will be held Wednesday, December 13, 2006, at 10:30 a.m. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge