# In the United States Court of Federal Claims

No. 05-965C
(Filed: January 12, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

CEBE FARMS, IND., and JOSEPH CEBE

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

## SHOW CAUSE ORDER

This show cause order is issued based on plaintiffs' counsel's failure to prosecute his case. Mr. James Moody has been repeatedly unresponsive to multiple attempts to contact him (via telephone and electronic mail) and failed to appear for a status conference.

An order was issued on May 3, 2006, in which the court stated that it would convene a status conference at the end of September 2006. Plaintiffs' counsel was then late in his production of initial disclosures. This issue was resolved, but only after defendant filed a Motion to Compel Initial Disclosures on August 31, 2006. In light of this delay, the court waited until the middle of October 2006 to attempt to schedule a status conference. Plaintiffs' counsel was non-responsive to all attempts to contact him. The court subsequently issued an order directing him to contact chambers immediately. After Mr. Moody did contact chambers, the court issued an order on December 1, 2006, scheduling a telephonic status conference for December 13, 2006. Mr. Moody failed to appear for the status conference and has not notified the court as to the reasons for his failure. Subsequently, he has been once again non-responsive to all attempts by chambers to contact him.

Therefore, it is ordered that plaintiffs shall show cause, on or before February 9, 2007, why this action should not be dismissed for failure to prosecute. Failure to adequately respond to this Show Cause Order will result in automatic dismissal. A copy of this Show Cause Order is being mailed to Cebe Farms, Ind., P.O. Box 1404, Ramona, California 92065.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge