# In the United States Court of Federal Claims

No. 05-965C
(Filed: February 8, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

CEBE FARMS, IND., and JOSEPH CEBE

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The court issued a show cause order on January 12, 2007, in which we ordered plaintiff to show cause on or by February 9, 2007, why its case should not be dismissed for failure to prosecute. The show cause order was prompted by the failure of plaintiffs' counsel, Mr. James Moody, to appear at a court ordered telephonic status conference and his repeated unresponsiveness to all attempts by the court to contact him.

Chambers recently received a telephone call from Mr. Stuart A. Wilkins. Mr. Wilkins represents plaintiffs in other matters not before this court. Mr. Wilkins informed chambers that the plaintiffs intented to further prosecute this case and to substitute Mr. Wilkins for Mr. Moody as counsel of record. Mr. Wilkins is not, as of yet, a member of the bar of this court. However, Mr. Wilkins represented that he is seeking admission to the bar of this court and wishes to actively prosecute the case. Mr. Wilkins confirmed these representations in an e-mail received on February 7, 2007.

Based on the representations made by Mr. Wilkins, the Show Cause Order of January 12, 2007 is vacated. Plaintiffs are ordered to file a motion to substitute counsel promptly upon Mr. Wilkin's admission to the bar. Mr. Wilkins may file such a motion on behalf of plaintiffs. The clerk is directed

to accept such a filing.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge