# IN THE UNITED STATES
# COURT OF FEDERAL CLAIMS

Cebe Farms, Ind., and
Joseph Cebe
Plaintiffs

v.

United States Department of Agriculture,

Defendant

No. 05-0965C
(Judge Bruggink)

CERTIFICATION IN SUPPORT OF MOTION TO SUBSTITUTE COUNSEL

STUART A. WILKINS, of full age, by way of a certification in support of plaintiff's application to substitute counsel says:

1. I am an Attorney at Law who has very recently been admitted to the United States Court of Federal Claims. I am likewise admitted to the State Courts of New York and New Jersey, the Eastern, Southern and Western District Courts of New York, the New Jersey District Court and the Colorado District Court.

2. I make this certification in support of plaintiff's application to substitute the Law Offices of Stuart A. Wilkins as counsel of record on behalf of plaintiff in place and instead of James A. Moody.

3. The plaintiff CEBE Farms, Inc. and Joseph Cebe have consented to, and requested that I serve as attorney of record on behalf of the plaintiff. (See attached Exhibit "A" – Narrative Declaration of Plaintiff Joseph Cebe.)

4. Moreover, James Moody has likewise consented to my firm being substituted in place of him as reflected in the attached Exhibit "B", Plaintiff's Substitution of Counsel.

5. There are several reasons that this substitution of counsel has become necessary. As reflected in this Court's Show Cause Order filed January 12, 2007, Mr. Moody has been repeatedly unresponsive to multiple attempts to contact him (via telephone and electronic mail) and has likewise failed to appear for a status conference. Apparently, these are not the only instances in which Mr. Moody has been unresponsive to court ordered obligations. See attached Exhibit "C".

6. I have recently spoken with Mr. Moody after trying to reach him for several months. I was told that he has been experiencing both personal and health problems which have made his continued representation of the plaintiff difficult.

7. Plaintiffs believe that they have a good and meritorious claim. As such, it is respectfully submitted that I be permitted to be substituted as counsel on behalf of Mr. Moody.

8. Although I have experienced some initial hurdles in getting admitted to the Federal Court of Claims and getting access to the Court's electronic filing system, I can assure the Court that I am ready, willing and able to pursue this matter on behalf of the plaintiffs and to be fully responsive to the Court scheduling.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 23, 2007

Stuart A. Wilkins
Law Offices of Stuart A. Wilkins

# EXHIBIT "A"

THANASI K. PREOVOLOS
PREOVOLOS & ASSOCIATES, ALC
401 B. STREET, SUITE 1520
San Diego, California 92101
Telephone: (619) 696-0520
Facsimile: (619) 238-5344
State Bar No. 182334

Attorney for Plaintiff: JOSEPH CEBE

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CEBE FARMS, INC., and JOSEPH CEBE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | CASE NO. 05-965C<br><br>**NARRATIVE DECLARATION OF PLAINTIFF JOSEPH CEBE IN OPPOSITION TO SHOW CAUSE ORDER AND IN SUPPORT OF PRO AD HOC VICE ADMISSION OF STUART WILKINS, ESQ.** |

I, JOSEPH CEBE declare as follows:

1. I am the Plaintiff in the above entitled Action.

2. My attorney of record in this matter is James Moody, Esq.

3. My long time personal and corporate attorney is Thanasi Preovolos, Esq., who will likely be a witness in this matter.

4. My outside litigation counsel is Stuart Wilkins, Esq.

6. When we originally retained Mr. Moody, he was inexplicably absent for a couple of months. I understood at that time that Mr. Moody was very ill and had been hospitalized.

7. Although his absence concerned me at the time, Mr. Preovolos, Mr. Wilkins, and I felt that the absence was sufficiently explained.

8. Moreover, Mr. Moody traveled to California this past summer and spend two days in San Diego reviewing my case, visiting the farms, and explaining to me the legal points and

significance of my case. Based upon his explanation of his unforeseeable unavailability and his personal visit to San Diego, I felt comfortable that his absence was an anomaly.

9. Mr. Moody also explained that he could be difficult to reach as a result of the fact that he has a busy travel and trial schedule, he does work for certain government or government affiliated agencies which takes him out of the country from time to time, however, he assured me that he would be working on my case and handling all court appearances and procedural issues.

10. On or about January 19, 2007, I received the Sow Cause Order from the Court.

11. I was shocked and surprised to receive this document. Although Mr. Preovolos, Mr. Wilkins, and I had experienced some difficulty reaching Mr. Moody with respect to submitting responses to Requests for Interrogatories and Requests for Documents, it was Mr. Moody who provided them to me to begin with.

12. Up to January 19, 2007, I was unaware that anything was pending before the Court, any court dates or hearings scheduled in this matter, and I was certainly unaware that any dates were missed or unattended by Mr. Moody.

13. I am now quite concerned that Mr. Moody has befallen some serious illness or perhaps worse. We have been unable to reach him despite several urgent messages and phone calls from the three of us. At this point, my thoughts for his health and safety are paramount.

14. Mr. Preovolos and Mr. Wilkins have explained to me the gravity of this situation and are feverishly trying to find new counsel to continue my case. They have expressed to me that it was a difficult task to find Mr. Moody, originally, and that it is panning out to be a more difficult task at this late juncture of my case, to find his replacement.

15. I respectfully request and would appreciate the Court's consideration to accept Mr. Wilkins as the attorney of record in the interim, while we are trying to locate substitute counsel. Alternatively, if the Court would consider allowing Mr. Wilkins to serve as the attorney or record through the completion of my case, this too would be acceptable and would alleviate the frustration I am experiencing in finding counsel to take over this case

at this late stage. I feel Mr. Wilkins, having followed this case from the inception and having assisted Mr. Moody with some of the substantive work would be an appropriate attorney to pick up the baton and move this case forward to completion.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this24th day of January, 2007 at San Diego, California.

[signature]
JOSEPH CEBE

# EXHIBIT "B"

# IN THE UNITED STATES
# COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Cebe Farms, Ind., and<br>Joseph Cebe<br>Plaintiffs<br><br>v.<br><br>United States,<br>Defendant | No. 05-0965C<br>(Bruggink) |

Plaintiffs' Substitution of Counsel

Please take notice that Plaintiffs substitute Stuart A. Wilkins for James Moody as their counsel in this case.

Respectfully Submitted,

Stuart A. Wilkins

**LAW OFFICES OF**
**STUART A. WILKINS P.C.**
**6000 Sagemore Dr.-Suite 6301**
**Marlton, NJ 08053**
856-985-2525, voice
609-784-7878, fax
swilkinsattorney@aol.com

February 9, 2007

James A. Moody
Suite 300
1101 30th Street NW
Washington, DC 20007
202-298-4766, voice
202-944-8611, fax
moodyjim@aol.com

# EXHIBIT "C"

# In the United States Court of Federal Claims

No. 05-965C
(Filed: January 12, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

CEBE FARMS, IND., and JOSEPH CEBE

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

SHOW CAUSE ORDER

This show cause order is issued based on plaintiffs' counsel's failure to prosecute his case. Mr. James Moody has been repeatedly unresponsive to multiple attempts to contact him (via telephone and electronic mail) and failed to appear for a status conference.

An order was issued on May 3, 2006, in which the court stated that it would convene a status conference at the end of September 2006. Plaintiffs' counsel was then late in his production of initial disclosures. This issue was resolved, but only after defendant filed a Motion to Compel Initial Disclosures on August 31, 2006. In light of this delay, the court waited until the middle of October 2006 to attempt to schedule a status conference. Plaintiffs' counsel was non-responsive to all attempts to contact him. The court subsequently issued an order directing him to contact chambers immediately. After Mr. Moody did contact chambers, the court issued an order on December 1, 2006, scheduling a telephonic status conference for December 13, 2006. Mr. Moody failed to appear for the status conference and has not notified the court as to the reasons for his failure. Subsequently, he has been once again non-responsive to all attempts by chambers to contact him.

Therefore, it is ordered that plaintiffs shall show cause, on or before February 9, 2007, why this action should not be dismissed for failure to prosecute. Failure to adequately respond to this Show Cause Order will result in automatic dismissal. A copy of this Show Cause Order is being mailed to Cebe Farms, Ind., P.O. Box 1404, Ramona, California 92065.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge