# In the United States Court of Federal Claims

No. 05-965C
(Filed: March 20, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

CEBE FARMS, IND, and JOSEPH CEBE

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Based on the telephonic status conference held on March 12, 2007, the court adopts the following schedule for the remaining discovery:

1. The parties shall engage in written discovery and the discovery of facts witnesses through October 19, 2007.

2. Plaintiffs shall identify their expert witness(es), if any, on or before July 20, 2007, at which time expert discovery shall commence.

3. Plaintiffs shall submit to defendant all expert reports in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC") on or before August 17, 2007.

4. The defendant shall identify its expert witness(es) on or before September 14, 2007.

5. Defendant shall submit to plaintiffs all expert report(s) in the manner and form required by RCFC 26(a)(2) on or before November 16, 2007.

6. All expert discovery shall conclude on or before December 14, 2007.

The court will schedule a telephonic status conference for early July 2007 to check on the progress of discovery and to discuss future proceedings in the case.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge