# In the United States Court of Federal Claims

No. 05-965C
(Filed: September 27, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

CEBE FARMS, IND, and JOSEPH CEBE
*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference to discuss the progress of discovery will be held on October 10, 2007, at 11:00 a.m. EST. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge