# In the United States Court of Federal Claims

No. 05-965C
(Filed: October 10, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

CEBE FARMS, IND, and JOSEPH CEBE

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiffs' Motion to Extend Discovery filed on September 14, 2007. That motion is granted. Based on the telephonic status conference held on October 10, 2007, the court adopts the following schedule for the remaining discovery:

1. The parties shall engage in written discovery and the discovery of fact witnesses through January 19, 2007.

2. Plaintiffs shall designate their expert witness(es) on or before December 23, 2007.

3. Plaintiffs shall submit to defendant all expert reports in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC") on or before January 11, 2008.

4. The defendant shall designate its expert witness(es) on or before January 11, 2008.

5. Defendant shall submit to plaintiffs its expert report(s) in the manner and form required by RCFC 26(a)(2) on or before March 14, 2008.

6. All expert discovery shall conclude on or before March 28, 2007.

7. The court will schedule a telephonic status conference after the close of expert discovery to discuss further proceedings in this case.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge