# In the United States Court of Federal Claims

No. 05-965 C
(Filed: January 18, 2008)

| | |
|---|---|
| CEBE FARMS, IND., and JOSEPH CEBE, Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On January 17, 2008, plaintiffs filed a Certification in Support of Expedited Motion to Extend Discovery. While no motion accompanied plaintiffs' filing, plaintiffs nevertheless set forth the grounds for requesting an enlargement of "thirty (30) to sixty (60) days" to the discovery dates contained in the court's Order dated October 10, 2007. Plaintiffs' counsel represents that defendant has consented to an additional thirty days in order to complete several depositions. Plaintiffs maintain that the requested enlargements are not intended to cause unnecessary delay and will not prejudice either party. Plaintiffs represent that discovery disputes have developed between the parties and that an enlargement of time may facilitate their resolution without intervention from the court. Additionally, plaintiffs note that deadlines for the designation of experts and the rendering of their reports are premature given that depositions are still being scheduled.

The court finds that plaintiffs' request for a thirty-day[1] enlargement is not unreasonable and, upon motion by either party or joint motion, is amenable to granting a reasonable enlargement when necessary. With respect to plaintiffs' request, the court notes that granting a thirty-day enlargement would only afford plaintiffs until Tuesday, January 22, 2008, to designate their expert witnesses, and such an extension would likely not be beneficial. Thus, plaintiffs need to set forth specific dates for the enlargements they request.

**Accordingly, plaintiffs shall file a motion proposing specific dates for the events contained in the court's October 10 Order no later than Friday, January 25, 2008.**

---

[1] Although defendant has not consented to an enlargement in excess of thirty days, the court will permit either party the time necessary to conduct discovery.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge