# In the United States Court of Federal Claims

No. 05-965 C
(Filed: January 28, 2008)

| | |
|---|---|
| CEBE FARMS, IND., and JOSEPH CEBE, Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

**ORDER**

Before the court is plaintiffs' Certification in Support of Expedited Motion to Extend Discovery, which was filed on January 25, 2008. While no motion accompanied their filing, plaintiffs nevertheless set forth the grounds for requesting an enlargement of "thirty (30) to sixty (60) days" to the discovery dates contained in the court's Order dated October 10, 2007. Plaintiffs' counsel represents that defendant has consented to an additional thirty (30) days in order to complete several depositions. Plaintiffs maintain that the requested enlargements are not intended to cause unnecessary delay and will not prejudice either party. Plaintiffs also represent that discovery disputes have developed between the parties and that an enlargement of time may facilitate their resolution without intervention from the court. Additionally, plaintiffs note that deadlines for the designation of experts and the rendering of their reports are premature given that depositions are still being scheduled.

Plaintiffs submitted proposed deadlines for the completion of discovery in accordance with the court's Order dated January 18, 2007. **Accordingly, the court GRANTS plaintiffs' Certification in Support of Expedited Motion to Extend Discovery and adopts plaintiffs' proposed deadlines as follows:**

1. The parties shall engage in written discovery and the discovery of fact witnesses through **March 25, 2008**.

2. Plaintiffs shall designate their expert witness(es) on or before **February 25, 2008**.

3. Plaintiffs shall submit to defendant all expert reports in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC") on

or before **March 11, 2008**.

4. The defendant shall designate (to the extent that it has not already done so) any additional expert witness(es) on or before **March 11, 2008**.

5. Defendant shall submit to plaintiffs its expert report(s) in the manner and form required by RCFC 26(a)(2) on or before **May 15, 2008**.

6. All expert discovery shall conclude on or before **May 30, 2008**.

7. The parties shall file a joint status report suggesting further proceedings no later than **June 13, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge