# IN THE UNITED STATES
# COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Cebe Farms, Ind., and<br>Joseph Cebe<br>Plaintiffs<br><br>v.<br><br>United States Department of Agriculture,<br>Defendant | No. 05-0965C<br>(Judge Margaret M. Sweeney)<br><br>MOTION FOR ADDITIONAL TIME TO RESPOND & OPPOSE MOTION FOR JUDGMENT |

PLEASE TAKE NOTICE that the undersigned, counsel for Plaintiff Cebe Farms, Ind., and Joseph Cebe ("Plaintiff" ), shall apply to this Court on March 10, 2008, for an Oder granting Plaintiff additional time to respond to and oppose Defendant's Motion for Judgment upon the Pleadings.

Law Offices of Stuart A. Wilkins

6000 Sagemore Dr.-Suite 6301

Marlton, NJ 08043

# IN THE UNITED STATES
# COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Cebe Farms, Ind., and<br>Joseph Cebe<br>Plaintiffs<br><br>v.<br><br>United States Department of Agriculture,<br><br>Defendant | No. 05-0965C<br>(Judge Margaret M. Sweeney)<br><br>CERTIFICATION IN SUPPORT OF MOTION TO EXTEND TIME TO OPPOSE MOTION FOR JUDGMENT |

STUART A. WILKINS, of full age, by way of a certification in support of plaintiff's application to extend discovery says:

1. I am an Attorney at Law admitted to the United States Court of Federal Claims and I represent the Plaintiff Cebe Farms, Individually and Joseph Cebe (hereinafter collectively "Plaintiffs"). I make this certification in support of Plaintiffs application for an Order permitting Plaintiff an additional 15 days to respond to defendant United States Department of Agriculture (USDA's) Motion for Judgment upon the Pleadings pursuant to Rule 12 (h) (2). I have spoken with counsel for the defendant Tim McIlmail and he has consented to permitting Plaintiff additional time to respond to Defendant's Motion.

2. On or about February 6, 2008 Defendant USDA filed a Motion for Judgment upon the Pleadings. Plaintiff's response was due on or before March 10, 2008. Due to scheduling difficulties and week long out of state depositions which I have been preparing for in a different

Federal Court matter, I have been unable to complete my opposition to the Motion by the due date.

3. As noted above, defendant does not object to granting Plaintiff additional time to file its opposition to the Motion.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 7, 2007

Stuart A. Wilkins
Law Offices of Stuart A. Wilkins, P.C.