# In the United States Court of Federal Claims

No. 05-965 C
(Filed: March 10, 2008)

*************************************
CEBE FARMS, IND., and *
JOSEPH CEBE, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

## ORDER

On March 9, 2008, plaintiffs filed a Motion for Additional Time to Respond & Oppose Motion for Judgment ("motion"). In their accompanying certification in support of the motion, plaintiffs request an additional fifteen (15) days to respond to defendant's Motion for Judgment on the Pleadings. Plaintiffs' response is currently due March 10, 2008, and plaintiffs represent that defendant does not oppose their motion.

Plaintiffs state that an enlargement is necessary due to scheduling difficulties their counsel has experienced in another matter pending in federal court. The court finds that plaintiffs' request is not unreasonable. **Accordingly, plaintiffs' motion is GRANTED, and plaintiffs shall file their response to defendant's Motion for Judgment on the Pleadings no later than Tuesday, March 25, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge