# In the United States Court of Federal Claims

No. 05-965 C
(Filed: March 25, 2008)

| | |
|---|---|
| CEBE FARMS, IND., and JOSEPH CEBE, Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

Before the court is plaintiffs' Certification in Support of Expedited Motion to Extend Discovery ("Certification"), which was filed on March 25, 2008. While no motion accompanied their Certification, plaintiffs nevertheless set forth the grounds for requesting an enlargement of "sixty (60) days" to the discovery dates contained in the court's Order dated January 28, 2008. Plaintiffs' counsel represents that defendant has consented to extending discovery sixty days for the purpose of taking additional depositions only. Plaintiffs, however, state that such a limitation may be unfair and that depositions may lead to additional discovery being sought. Plaintiffs maintain that the requested enlargements of an additional thirty (30) to sixty days are not intended to cause unnecessary delay and will not prejudice either party. Plaintiffs also represent that the parties have designated expert witnesses and that the designation of these experts and the rendering of their reports before the taking of depositions may be premature.

Although plaintiffs request an enlargement of sixty days, their proposed deadlines reflect an enlargement of only thirty days. The court adopts the plaintiffs' proposed deadlines as enumerated in their Certification. In the event that additional time is necessary, the parties shall file the appropriate motion. **Accordingly, plaintiffs' request for an enlargement of time is GRANTED. The parties shall adhere to the following schedule:**

1. The parties shall engage in written discovery and the discovery of fact witnesses through **Monday, May 26, 2008**.[1]

[1] Although plaintiffs' Certification requested May 25, 2008, for the close of certain discovery, the court modified the schedule so that the due date falls on a weekday.

2. Plaintiffs shall designate their expert witness(es) on or before **Thursday, February 25, 2008**. [Deadline has expired.]

3. Plaintiffs shall submit to defendant all expert reports in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC") on or before **Friday, April 11, 2008**.

4. The defendant shall designate (to the extent that it has not already done so) any additional expert witness(es) on or before **Friday, April 11, 2008**.

5. Defendant shall submit to plaintiffs its expert report(s) in the manner and form required by RCFC 26(a)(2) on or before **Monday, June 16, 2008**.[2]

6. All expert discovery shall conclude on or before **Monday, June 30, 2008**.

7. The parties shall file a joint status report suggesting further proceedings no later than **Monday, July 14, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

---

[2] Although plaintiffs' Certification requested June 15, 2008, as the deadline for the submission of defendant's expert report(s) to plaintiffs, the court modified the schedule so that the due date falls on a weekday.