# IN THE UNITED STATES
# COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Cebe Farms, Ind., and<br>Joseph Cebe<br>Plaintiffs<br><br>v.<br><br>United States Department of Agriculture,<br><br>Defendant | No. 05-0965C<br>(Judge Margaret M. Sweeney)<br><br>CERTIFICATION IN SUPPORT OF MOTION TO EXTEND TIME TO OPPOSE MOTION FOR JUDGMENT |

STUART A. WILKINS, of full age, by way of a certification in support of plaintiff's application to extend discovery says:

1. I am an Attorney at Law admitted to the United States Court of Federal Claims and I represent the Plaintiff Cebe Farms, Individually and Joseph Cebe (hereinafter collectively "Plaintiffs"). I make this certification in support of Plaintiffs application for an Order permitting Plaintiff an additional 10 days (until April 3, 2008) to respond to defendant United States Department of Agriculture (USDA's) Motion for Judgment upon the Pleadings pursuant to Rule 12 (h) (2). I have been spoken with counsel for the defendant Tim McIlmail, and he has consented to permitting Plaintiff additional time to respond to Defendant's Motion.

2. On or about February 6, 2008 Defendant USDA filed a Motion for Judgment upon the Pleadings. Plaintiff's response was due on or before March 10, 2008. Due to scheduling difficulties and week long out of state depositions in a different Federal Court matter, I had

sought a fifteen day extension. The past few days I have been out of the office with stomach problems and I respectfully request a short extension to complete my opposition to the Motion.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Stuart A. Wilkins
Law Offices of Stuart A. Wilkins, P.C.

Dated: March 24, 2008