# In the United States Court of Federal Claims

No. 05-965 C
(Filed: March 25, 2008)

***********************************
CEBE FARMS, IND., and *
JOSEPH CEBE, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On March 25, 2008, plaintiffs filed a Certification in Support of Motion to Extend Time to Oppose Motion for Judgment ("Certification"). In their certification, plaintiffs request an additional ten (10) days, to and including April 3, 2008, to respond to defendant's Motion for Judgment on the Pleadings. Plaintiffs' response is currently due March 25, 2008, and plaintiffs represent that defendant does not oppose their motion.

**Accordingly, plaintiffs' motion is GRANTED, and plaintiffs shall file their response to defendant's Motion for Judgment on the Pleadings no later than Thursday, April 3, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge