# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Cebe Farms, Ind., and
Joseph Cebe
Plaintiffs

v.

United States Department of Agriculture,

Defendant

No. 05-0965C
(Judge Margaret M. Sweeney)

CERTIFICATION IN SUPPORT OF MOTION TO EXTEND TIME TO OPPOSE MOTION FOR JUDGMENT

STUART A. WILKINS, of full age, by way of a certification in support of plaintiff's application to extend discovery says:

1. I am an Attorney at Law admitted to the United States Court of Federal Claims and I represent the Plaintiff Cebe Farms, Individually and Joseph Cebe (hereinafter collectively "Plaintiffs"). I make this certification in support of Plaintiffs application for an Order permitting Plaintiff an additional 7 days (until April 10, 2008) to respond to defendant United States Department of Agriculture (USDA's) Motion for Judgment upon the Pleadings pursuant to Rule 12 (h) (2). I have been spoken with counsel for the defendant Tim McIlmail, and he has consented to permitting Plaintiff additional time to respond to Defendant's Motion.

2. On or about February 6, 2008 Defendant USDA filed a Motion for Judgment upon the Pleadings. Plaintiff's response was due on or before March 10, 2008. Due to scheduling difficulties and week long out of state depositions in a different Federal Court matter, I had

sought a fifteen day extension. I thereafter requested and was granted a brief extension of ten (10) additional days to respond to the Motion because of health related issues.

3. My client is located in California and I am based in New Jersey. Before I file Plainitiff's response to Defendant's Motion to Dismiss it is appropriate (especially because of the relief requested) to have my client and his San Diego based attorney (Thanasi Preovolous) review and consent to the filing of same. Through a miscommunication on my part, I have only very recently ascertained that my client and Mr. Preovolous were out of their respective offices much of this week and as such were not available to review the proposed response. Though this will be the third request for an extension the total amount of additional time to respond to the Motion will be a total of thirty one (31) days. The Motion is of significant importance as it seeks to dismiss Plaintiff's Complaint in its entirety.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Stuart A. Wilkins
Law Offices of Stuart A. Wilkins, P.C.

Dated: April 3, 2008