# In the United States Court of Federal Claims

No. 05-965 C
(Filed: April 3, 2008)

```
************************************
CEBE FARMS, IND., and              *
JOSEPH CEBE,                       *
                                   *
                 Plaintiffs,       *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
************************************
```

**ORDER**

On April 3, 2008, plaintiffs filed a Certification in Support of Motion to Extend Time to Oppose Motion for Judgment ("Certification"). In their certification, plaintiffs request an additional seven (7) days, to and including April 10, 2008, to respond to defendant's Motion for Judgment on the Pleadings. Plaintiffs' response is currently due April 3, 2008, and plaintiffs represent that defendant does not oppose their motion.

**Accordingly, plaintiffs' motion is GRANTED, and plaintiffs shall file their response to defendant's Motion for Judgment on the Pleadings no later than Thursday, April 10, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge