4/3

①

END - Andy Morgan
720-5194

Kevin Peterson - appraisal issue. Felt was over appraised, and wanted to know if appraisal was binding contract.
?: Can APHIS go back and take back the $ from the various owners.
Stopped signing several of indemnity docs. b/c worried about over assessment
# 50 over-assessed + not paid out
# ≈ 20-25 paid out + over-assessed
?: If re-pop premise + breaks quarantine, can we come back + take back indemnity.

---

Grandparent, Great-grandparent flock
4,000 birds → $5.5 Mil
Appraisal at $5.5 Mil from USDA
" " $6. Mil from owner

This amount includes loss production, etc.
Private appraiser was not supposed to phase this amount
1st - Under $2 M, but disagreement so brought in 3rd person ($5.5 M).

$2.28 M → $5.5 M
$2.45 M $6 M

→ Depop - under fed. quarantine - seizure w/o signed indemnity.

D 111

EXHIBIT "E"