# In the United States Court of Federal Claims

No. 05-965 C
(Filed: April 11, 2008)

************************************
CEBE FARMS, IND., and *
JOSEPH CEBE, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On April 10, 2008, plaintiffs filed their Cross-Motion to Amend Complaint (If Necessary) and Opposition to Defendant's Motion for Judgment Upon the Pleadings ("response"). The Clerk of the Court noted that plaintiffs' response contained the following deficiencies: it did not include a table of contents and an index to the five exhibits accompanying the response as required by RCFC 5.3.

An opposing brief "shall conform to the requirements set out in subdivision (a)(1), except that a succinct statement of the questions involved in the action and a concise statement of the case is not necessary "unless the party is dissatisfied with the presentation by the other side." RCFC 5.3(a)(2). The requirements set forth in subdivision (a)(1) are as follows:

> (A) a table of contents, including the specific contents of any appendix or appendices to the brief or memorandum, listing the various items in the appendix, including the number and description of every item and exhibit that is being reproduced, together with the number of the page at which the item appears;
>
> (B) a table of constitutional provisions, treaties, statutes, regulations, and cases cited, giving the volume and page in the official edition where they may be found, and arranging the cases in alphabetical order . . . .

RCFC 5.3(a)(1)(A)-(B). Additionally, where an appendix is used and is not incorporated into the same volume as the brief, there "shall be, at the beginning of the appendix, a table of contents or index listing the various items in the appendix, including the number and description of every exhibit which is being reproduced, together with the number of the page of the appendix at which

the item begins." RCFC 5.3(a)(1)(G).

The court notes that plaintiffs have received extensions of time enlarging the due date for their response on three prior occasions. See Order, Apr. 3, 2008; Order, Mar. 25, 2008; Order, Mar. 10, 2008. **Accordingly, the Clerk of the Court is directed to strike plaintiffs' response, document #43. Plaintiffs shall file their response, which conforms to the court's Rules, by no later than Tuesday, April 15, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge