IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CEBE FARMS, IND., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-965C |
| | ) | (Judge Sweeney) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT UPON THE PLEADINGS

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of eight days, to and including Monday, May 6, 2008, within which defendant may reply to plaintiffs' response to Defendant's Motion For Judgment Upon The Pleadings. Defendant's reply is due by April 28, 2008. This is defendant's first request for an enlargement of time for this purpose.

We request the enlargement because lead counsel for defendant is scheduled to travel to Portland, Oregon, from April 22 to May 1, 2008, to take and defend depositions in White Buffalo Construction Corp. v. United States, No. 99-961C (Fed. Cl.). Lead counsel for defendant also must respond to an informal brief in Boncelet v. OPM, No. 2008-3284 (Fed. Cir.), by April 21, 2008 (the Government's brief is actually due on April 30, 2008, but lead counsel for defendant must file that brief before his April 22, 2008 departure for Oregon).

Counsel for plaintiffs has represented to counsel for defendant that plaintiffs consent to this request. For the foregoing reasons, the United States respectfully requests that the Court grant this consent motion for an enlargement of time of eight days, to May 6, 2008, within which defendant may reply to plaintiffs' response to Defendant's Motion For Judgment Upon The Pleadings.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

OF COUNSEL:

RICK HERNDON
United States Department of Agriculture
Office of General Counsel
1400 Independence Ave., S.W.
Washington, D.C. 20250

April 16, 2008

Certificate of Filing

I hereby certify that on April 16, 2008, a copy of the foregoing Defendant's Consent Motion For An Enlargement Of Time To Reply To Plaintiffs' Response To Defendant's Motion For Judgment Upon The Pleadings was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail