# In the United States Court of Federal Claims

No. 05-965 C
(Filed: April 16, 2008)

********************************************
CEBE FARMS, IND., and *
JOSEPH CEBE, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
********************************************

**ORDER**

On April 16, 2008, defendant filed a Consent Motion for an Enlargement of Time to Reply to Plaintiffs' Response to Defendant's Motion for Judgment Upon the Pleadings ("motion"). In its motion, defendant requests an enlargement of eight (8) days, to and including Monday, May 6, 2008,[1] within which to reply to plaintiffs' response. Defendant's reply is currently due April 28, 2008. Defendant represents that this is its first enlargement of time for this purpose and that plaintiffs do not oppose the motion.

Defendant indicates that an enlargement is necessary due to its counsel's commitments in other cases. The court determines that defendant's request is not unreasonable. **Accordingly, defendant's motion is GRANTED. Defendant shall file its reply to plaintiffs' response to its motion for judgment upon the pleadings by no later than Tuesday, May 6, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] The court notes that an eight-day enlargement would extend defendant's deadline to Tuesday, May 6, 2008.