# In the United States Court of Federal Claims

No. 05-965 C
(Filed: April 18, 2008)

| | |
|---|---|
| CEBE FARMS, IND., and JOSEPH CEBE, Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

**ORDER**

On April 15, 2008, plaintiffs filed their Cross-Motion to Amend Complaint (If Necessary) and Opposition to Defendant's Motion for Judgment Upon the Pleadings ("response"). The Clerk of the Court noted that plaintiffs' response was not properly signed by plaintiffs' attorney of record. Rule 11(a) of the Rules of the United States Court of Federal Claims ("RCFC") requires that "[e]very pleading, motion, and other paper shall be signed by or for the attorney of record . . . ." RCFC 11(a). Appendix E ¶ 19(a) of the RCFC states: "Filings must include a signature block, in compliance with RCFC 11(a), with the name of the Filing User under whose log-in and password the document is submitted along with an "s/" typed in the space where the signature would otherwise appear." A filing that does not comply "will be deemed in violation of RCFC 11 and may be stricken from the record." Id. ¶ 19(c). Plaintiffs' response does not comply with these provisions because it merely contains an "/S/" notation without the electronic signature of plaintiffs' attorney of record. **Accordingly, the Clerk of the Court is directed to strike plaintiffs' response, document #45. Plaintiffs shall file their response by no later than Tuesday, April 22, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge