UNITED STATES DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| CEBE FARMS, IND. AND JOSEPH CEBE, | ) | |
| Plaintiffs, | ) | |
| | ) | Docket No.: 05-965C |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | |

Deposition of:

THANASI K. PREOVOLOS

a witness of lawful age, taken on behalf of the Defendant, pursuant to notice, in the offices of the U.S. Department of Justice, 1101 L Street, N.W., Conference Room 11105, Washington, D.C., on Tuesday, December 18, 2007, at 9:35 a.m., before Mona McClellan, Notary Public in and for the District of Columbia, when were present:

APPEARANCES:

On behalf of Deponent:

STUART A. WILKINS, Esquire
Stuart A. Wilkins, P.C.
6000 Sagemore Drive, Suite 6301
Marlton, New Jersey 08053
(856) 985-2525

this action was destroyed? I believe that answer was using the Udale appraisal and the same ratios to generate that number, but I cannot be certain that's the way it is, but I believe that's what it is.

Q Do you know how that $1,127.93 number was arrived at?

A No more than you know by reading that paragraph.

Q Okay. Do you know who performed that calculation?

A It was either done by Mr. Cebe or it would have been done by the CPA in our office.

Q What is the name of that CPA?

A His name is Robert Martin.

Q What's the name of the textbook that you referenced earlier?

A I don't know. I'm sure I can probably find it for you, but I don't know.

Q Okay. On page 7, the answer to Interrogatory No. 24 are people we've talked about before. Is it the position of Cebe Farms that each one of the people named in the answer had the authority to bind the United States in contract?

A Well, in concept. You want me to break it down?

Q Sure. Did Bob Gray have that authority?

MR. WILKINS: Objection as to the form.

THE WITNESS: Bob Gray represented that he had the authority to negotiate that first contract and that the result of that negotiation was that a third-party appraiser was going to appraise the property and we were going to be stuck with that.

BY MR. MCILMAIL:

Q So is the answer to my question yes?

A As to Bob Gray, yes.

Q All right. And my purpose with these questions is to figure out whose authority I need to investigate.

A That's fine.

Q Did Rick Herndon have that authority?

A Absolutely. On the April 17 I believe contract he represented to me that he had the authority to create the writing that I was requesting and that he had authority to enter into that contract.

Q Did Bill Shaw have that authority?

A I think Bill Shaw is Bill Shea, or Dr. Shea, or Mr. Shea, so I think it's improperly written here. He, Ann Seitzinger and Mr. Ott, on the phone I guess who is not listed on this answer, collectively in that meeting on those two days represented that in fact the

third-party appraisal was the methodology that was going to be used in this case.

Q Leaving aside what they represented for a moment, though, is it the position of Cebe Farms that Bill Shea had authority to bind the United States in contract as an individual?

MR. WILKINS: Objection as to the form. When you say as an individual I'm not sure if I --

MR. MCILMAIL: Whether Bill Shea by himself had the authority to bind the United States to the contract.

MR. WILKINS: Same objection.

THE WITNESS: You got me. I had a bunch of people sitting in my conference room telling me what I was going to do and how I was going to do it. They told me they were from the USDA, and they told me they were from U.S. government, they told me they had authority to enter this contract and they told me how it was going to go down, and so I assumed that since they had badges that meant that their authority was apparent.

BY MR. MCILMAIL:

Q Well, is the answer to my question yes or no, or can you answer it yes or no?

MR. WILKINS: Same objection.

THE WITNESS: I can't give you any other answer than what I've given you.

BY MR. MCILMAIL:

Q Did Ann Seitzinger herself have authority to bind the United States in contract?

MR. WILKINS: Objection as to the form, objection to the extent it calls for a legal conclusion.

THE WITNESS: I believe these people had the authority to bind the U.S. government to the representations they made to me.

BY MR. MCILMAIL:

Q Did Ann Seitzinger, as an individual, have that authority?

MR. WILKINS: Same objection.

THE WITNESS: I couldn't tell you.

BY MR. MCILMAIL:

Q Did Dr. Udale have that authority?

MR. WILKINS: Same objection.

THE WITNESS: Dr. Udale is unique in that if, and I believe this to be the case, that the third-party appraisal was going to set the price and if we asked very specifically, which I did, is that the price, is there any deviation from that, and I was told absolutely not, he sets the price, and since he

was unknown at the time Mr. Udale I think does have the ability to bind the U.S. government because if the government is willing to be bound by whatever that third-party appraisal is and he creates that appraisal, then I think the government is bound by it.

BY MR. MCILMAIL:

Q Is the answer to my question yes?

MR. WILKINS: Objection as to the form.

THE WITNESS: The answer to your question is I don't know that he, as an individual, can bind the U.S. government, but if that is the methodology that the U.S. government is going to select, because we didn't select it, in fact, we objected to Mr. Udale doing the appraisal when we found out who it was, when the U.S. government mandated it, stuffed it down our throat, yes, I believe that when he comes up with a price the government needs to live by it.

BY MR. MCILMAIL:

Q Did Dr. Nettles have the authority to bind the United States in contract?

MR. WILKINS: Same objection, meaning objection as to the form of the question and to the extent it calls for a legal conclusion.

THE WITNESS: Yes, he does. I think he represented that he does. He made an offer to us of

$2.28 million on April 1. He told me that was a binding offer and that he had authority to make that offer on behalf of the U.S. government, so I think, yes, he does.

He was certainly referred to by the other people as being of higher authority.

BY MR. MCILMAIL:

Q Did Jack Shere have the authority to bind the United States in contract?

MR. WILKINS: Same objection.

THE WITNESS: I believe he did.

BY MR. MCILMAIL:

Q Did Ron DeHaven have the authority to bind the United States in contract?

MR. WILKINS: Same objection.

THE WITNESS: I suppose he did since he sent a $54,000 check after the fact.

(The document referred to was marked for identification as Exhibit No. 7.)

BY MR. MCILMAIL:

Q This is Exhibit 7. Have you seen that before?

A I'm sure I have, but I don't have an independent recollection of that.