9

**David F Vogt**

04/08/2003 02:52 PM

To: Jack A Shere/CO/APHIS/USDA@USDA
cc:
Subject: Cebe Farms Appraisal

Per your request
----- Forwarded by David F Vogt/MD/APHIS/USDA on 04/08/2003 01:48 PM -----

**David F Vogt**

03/31/2003 06:08 PM

To: Jere L Dick/NC/APHIS/USDA@USDA, Andrea M Morgan/MD/APHIS/USDA@USDA, Jose R Diez/CO/APHIS/USDA@USDA, Ann H Seitzinger/CO/APHIS/USDA@USDA, Stephen L Ott/CO/APHIS/USDA@USDA, Ron DeHaven/MD/APHIS/USDA@USDA
cc: Jack A Shere/CO/APHIS/USDA@USDA
Subject: Cebe Farms Appraisal

The appraisal sent in by Mr. Udale follows. It is a very high appraisal, about 5.5 Million. Our initial offer was about 2.28 million, which was latter revised down to $1.9 million because of the value of the cockerels. I understand that at the 2.28 Million level we were about a $170,000 apart. Udale's appraisal brings in a lot of money on future production etc., which we don't want to pay. Would we want to consider offering Cebe the full amount or a little more than he originally was willing to settle for, which would be about $2.450,000. These birds are still alive and we need to get the birds E & D 'd as soon as possible. ( Ann, would you be so kind to review these figures from your appraisal and advise if I am off. ) I will send you a copy of the Latest appraisal done by Ann and Stephen Ott for your information and to help you in your review.
---- Forwarded by David F Vogt/MD/APHIS/USDA on 03/31/2003 03:30 PM ----



**"Richard Udale" <rwudale@earthlink.net>**

03/30/2003 02:21 PM
Please respond to rwudale

To: david.f.vogt@aphis.usda.gov
cc:
Subject: Cebe Farms Appraisal

Dear Dr. Vogt,

I have two attachments to this e-mail. The spreadsheet serves as an aid to illustrate the structure of the Breeding and Production System employed by Cebe Farms. The Word document details my appraisal of the birds to be destroyed at the Valley Center Ranch. If you have any questions or problems with the files please do not hesitate to contact me.

Yours sincerely,
Richard Udale

--- Richard Udale
--- rwudale@earthlink.net
--- EarthLink: The #1 provider of the Real Internet.

EXHIBIT D

D 100