# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Cebe Farms, Ind., and<br>Joseph Cebe<br>Plaintiffs<br><br>v.<br><br>United States Department of Agriculture,<br><br>Defendant | No. 05-0965C<br><br>(Judge Margaret M. Sweeney)<br><br>CERTIFICATION IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT |

STUART A. WILKINS, of full age, by way of a certification in support of the parties joint application foe enlargement of time to file joint status report says:

1. I am an Attorney at Law admitted to the United States Court of Federal Claims and I represent the Plaintiff Cebe Farms, Individually and Joseph Cebe (hereinafter collectively "Plaintiffs"). I make this certification in support of Plaintiff and Defendant's joint application for an Order permitting the Parties until August 6, 2008 to file its joint status report. I have spoken with counsel for the defendant Tim McIlmail and he has consented to and joins in the relief being requested.

2. On March 25, 2008 the Court entered a discovery Order which provided, among other matters, that the parties to file a joint status report on or before July 14, 2008.

3. Through inadvertent error both parties failed to communicate with one another about the joint status report before July 14, 2008. While almost all discovery has been completed, the parties are currently discussing whether or not certain additional limited

discovery is outstanding. The parties hope that they can resolve this issue without court intervention within the next ten (10) days and seek until August 6, 2008 to file the joint status report. As noted above, both parties agree to the relief requested herein.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 24, 2008

Stuart A. Wilkins
Law Offices of Stuart A. Wilkins, P.C.

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that on, July 24, 2008, a true and complete copy of this Plaintiff's Motion for Enlargement of Time to File Joint Status Report was filed electronically via the Court's Electronic Case Filing System through which notice of this filing was given to:

Timothy Paul McIlmail
U. S. Department of Justice
Civil Div. - Commercial litigation Br.
1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 616-0342
Fax: (202) 514-7965
Email: timothy.mcilmail@usdoj.gov

Attorney of Record for Defendant

July 24, 2008

By: Stuart A. Wilkins
Attorney of Record for Plaintiff