# In the United States Court of Federal Claims

No. 05-965 C
(Filed: July 25, 2008)

***********************************
CEBE FARMS, IND., and *
JOSEPH CEBE, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On April 3, 2008, plaintiffs filed a Certification in Support of Motion for Enlargement of Time to File Joint Status Report ("motion"). In the certification accompanying their motion, plaintiffs request that the court grant an extension of ten (10) days, to and including August 6, 2008, for the parties to file a joint status report. The parties' status report was due July 14, 2008. Plaintiffs represent that "[t]hrough inadvertent error both parties failed to communicate with one another about the joint status report before July 14, 2008." Plaintiffs state that almost all discovery has been completed and that the parties are discussing whether certain additional, limited discovery is outstanding. According to plaintiffs, defendant consents to an extension of time. **Accordingly, plaintiffs' motion is GRANTED. The parties shall file a joint status report by no later than Wednesday, August 6, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge