IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CEBE FARMS, IND., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-965C |
| | ) | (Judge Sweeney) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's March 25, 2008 order, the parties respectfully submit the following joint status report:

Plaintiffs state that, with the exception of a dispute concerning Defendant's answering Plaintiffs' Interrogatories dated December 26, 2007, the parties have completed all discovery and all briefing upon defendant's dispositive motion. Should Plaintiffs wish to pursue a Motion to compel defendant to answer the interrogatories served on December 26, 2007, a Motion to Compel shall be filed within thirty (30) days.

Defendant states that all discovery and all briefing upon defendant's dispositive motion has been completed. Defendant served upon plaintiffs' timely objections to their December 26, 2007 interrogatories. Defendant does not object to plaintiffs' filing a motion to compel within thirty days of the filing of this report, but expects to oppose that motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

August 5, 2008

STUART A. WILKINS, ESQ.
6000 Sagamore Dr.
Suite 6301
Marlton, NJ 08053
Telephone: (609) 254-8886
Facsimile: (609) 784-7878

Attorneys for Defendant

August 5 , 2008

Certificate of Filing

I hereby certify that on August 6 , 2008, the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

[signature]